

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONAL LABOR RELATIONS BOARD,

    Plaintiff

v.

LIFE SAFETY GROUP, LLC,

    Defendant.

CIVIL ACTION

NO.  15  5006

## JUDGMENT

AND NOW, this ____ day of August 2015, a complaint in confession of judgment having been filed;

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, National Labor Relations Board, and damages are assessed against Defendant, Life Safety Group, in the amount of $16,441.00.

FOR A JUDGMENT in the amount of $16,441.00.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

By: __MICHAEL E. KUNZ__
Michael E. Kunz
Clerk of Court

By: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA